

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00325-CV

**CESAR ORNELES LAW, PLLC** and Cesar Ornelas, II,
Appellants

v.

Rachel Rodriguez **MEDINA**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15819
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: September 16, 2020

DISMISSED

Appellants Cesar Orneles Law, PLLC and Cesar Orneles, II and Appellee Rachel Rodriguez Medina filed a joint motion to dismiss, requesting that this court dismiss the appeal and cross appeal with prejudice. We grant the motion and, accordingly, dismiss the appeal and cross appeal. *See id.* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal and cross appeal are taxed against the party who incurred them. *See id.* R. 42.1(d).

PER CURIAM